# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 08-81234-CIV-HUCK/O'SULLIVAN

COLLIN MURPHY,

      Plaintiff,

v.

COUNTRYWIDE FINANCIAL
CORPORATION, et al.,

      Defendants.

_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (D.E. #5) filed on December 8, 2008. Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 9th day of December, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record